B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

In re Julia Mae Lyons aka Julia Lyons; aka Julia M. Lyons, Case No. 15-01856

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association as Trustee of Cabana Series III Trust
Name of Transferee

Chalet Properties III, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Court Claim # (if known): 6-1
Amount of Claim: $90,142.72
Date Claim Filed: 08/20/2015

Phone:
Last Four Digits of Acct #: 5170

Phone: 972.347.4350
Last Four Digits of Acct. #: 5170

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services, Attn: Payment Processing Department
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone:
Last Four Digits of Acct #: 5170

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile
    Transferee/Transferee's Agent

Date: 07/09/2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 15-01856    Doc 33    Filed 07/09/20    Entered 07/09/20 12:45:46    Desc Main
Document    Page 1 of 1