Form 4100N

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

IN RE:                                           CASE NO. 15-01856-JCO-13
                                                 CHAPTER 13
Julia Mae Lyons

                                                 JUDGE JERRY C. OLDSHUE

            DEBTOR                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Daniel B. O'Brien files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>Chalet Properties III, LLC</u>

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 5170 | $0.00 | $5,417.81 | $5,417.81 |

| | | | | |
|---|---|---|---|---|
| Total Amount Paid by Trustee | | | | $5,417.81 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 10th day of July, 2020.

Julia Mae Lyons, 19132 Houston Avenue, Fairhope, AL 36532

ELECTRONIC SERVICE - Padgett & Robertson, 4317 Downtowner Loop N, Mobile, AL 36609

Chalet Properties III, LLC, 1425 Greenway Drive, Ste 400, C/O BSI Financial Services, Irving, TX 75038

ELECTRONIC SERVICE - BSI Financial Services, 1425 Greenway Drive. Ste. 400, Raymond Valderrama, Irving, TX 75038

Date: July 10, 2020

/s/ Daniel B. O'Brien

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633